```
                    IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF OREGON


ROBERT ANDERSON,                )
                                )   No.  CV 08-869-HU
          Plaintiff,            )
                                )
     v.                         )   FINDINGS AND
                                )   RECOMMENDATION
VA HOSPITAL et al.              )
                                )
          Defendants.           )
_____)

Robert Anderson
6135 NE Simpson Street, Unit 2
Portland, Oregon 97218
     Pro se

Karin J. Immergut
United States Attorney
Ronald K. Silver
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204
     Attorneys for defendant
```

HUBEL, Magistrate Judge:

    Plaintiff Robert Anderson brought this action pro se asserting several claims sounding in tort. On October 17, 2008, defendants

FINDINGS AND RECOMMENDATION Page 1

filed a motion to dismiss the amended complaint (doc. # 32). The court construed the motion to dismiss as a motion for summary judgment, and on November 18, 2008, entered a summary judgment advice order, extending the time for Mr. Anderson to respond to the defendants' motion. (Doc. # 43).

Mr. Anderson did not file a response to the motion for summary judgment, but on January 6, 2009, filed a motion to dismiss all claims without prejudice. (Doc. # 45). The defendants do not oppose Mr. Anderson's motion to dismiss.

I recommend that Mr. Anderson's motion to dismiss (doc. # 45) be GRANTED, that this action be dismissed without prejudice, and that defendants' motion for summary judgment (doc. # 32) be DENIED as moot.

**Scheduling Order**

The above Findings and Recommendation will be referred to a United States District Judge for review. Objections, if any, are due February 66, 2009. If no objections are filed, review of the Findings and Recommendation will go under advisement on that date. If objections are filed, a response to the objections is due February 20, 1009, and the court's review of the Findings and Recommendation will go under advisement with the District Judge on that date.

Dated this \_\_\_22nd_____ day of January, 2009.

/s/ Dennis J. Hubel

_____

Dennis James Hubel
United States Magistrate Judge

FINDINGS AND RECOMMENDATION Page 2