FILED'09 MAR 02 12:18 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT ANDERSON,                          08-CV-869-HU

                Plaintiff,              ORDER

v.

V.A. HOSPITAL and
UNITED STATES,

             Defendants.


BROWN, Judge.

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#47) on January 23, 2009, in which he recommends this Court grant Plaintiff's Motion to Dismiss (#45) without prejudice and deny as moot Defendants' Motion for Summary Judgment (#32).  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

1  -  ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#47). Accordingly, the Court **GRANTS** Plaintiff's Motion to Dismiss (#45) **without prejudice** and **DENIES as moot** Defendants' Motion for Summary Judgment (#32).

IT IS SO ORDERED.

DATED this 2nd day of March, 2009.

_____
ANNA J. BROWN
United States District Judge